

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2022

No. 04-22-00780-CR

**EX PARTE** Rodolfo Lopez **HERNANDEZ**,

From the County Court, Kinney County, Texas
Trial Court No. 10596CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On November 21, 2022, court reporter Lisa C. Greenwalt filed a notification of late record, notifying this court that the reporter's record was not filed because appellant has not provided the reporter a designation of record.

It is therefore **ORDERED** that appellant provide written proof to this court within ten (10) days of the date of this order that appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1).

It is further **ORDERED** that the reporter's record must be filed no later than fifteen (15) days after the date appellant's written proof is filed with this court. If appellant fails to respond within the time provided, appellant's brief will be due within twenty (20) days from the date the clerk's record is filed, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court